EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Chief, Violent Crime Section

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00337 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [49 U.S.C. §46504] |
| JOSE VELLEGAS-PENA, ) | |
| Defendant. ) | |

INDICTMENT

[49 U.S.C. §46504]

The Grand Jury charges:

That on or about June 26, 2004, in the Special Aircraft Jurisdiction of the United States, that is, American Airlines Flight #247, from Los Angeles, California, to Kona, Hawaii, and outside the jurisdiction of any particular State or District,

defendant, JOSE VELLEGAS-PENA, did assault and intimidate a flight attendant, "R.F.", thereby interfering with the performance of said flight attendant's official duties and lessening the ability of the flight attendant to perform her said duties.

All in violation of Title 49, United States Code, Section 46504.

DATED: Honolulu, Hawaii, 9/8/04

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crime Section

EDRIC M. CHING
Assistant U.S. Attorney

UNITED STATES vs. JOSE VELLEGAS-PENA
Cr. No. _____
"Indictment"