EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00337 HG |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ) | |
| JOSE VELLEGAS-PENA, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant JOSE VELLEGAS-PENA pursuant to the agreement between Defendant and the Government that Defendant enter a guilty plea to the Information charging him with simple assault on an aircraft in violation of Title 18, United States

Code, Section 113(a)(5) and Title 49, United States Code, Section 46506 in <u>United States of America v. Jose Vellegas-Pena</u>, Cr. No. 04-00402 HG.

The defendant is in custody on the dismissed charge listed above.

DATED:  Honolulu, Hawaii, November 5, 2004

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
EDRIC M. CHING
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR

_____
UNITED STATES DISTRICT
COURT JUDGE

<u>UNITED STATES vs. JOSE VELLEGAS-PENA</u>
Cr. No. 04-00337 HG
"Order for Dismissal"

2